UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 11-4594 YGR (DMR) |
| Plaintiff, | **ORDER VACATING MOTION HEARING** |
| v. | |
| RODOLFO DELGADILLO, | |
| Defendant. | |

On May 22, 2012, counsel for Defendant filed a motion to set aside default. The hearing on Plaintiff's motion for default judgment, set for May 24, 2012, is hereby VACATED pending the court's ruling on Defendant's motion to set aside default.

IT IS SO ORDERED.

Dated: May 23, 2012

DONNA M. RYU
United States Magistrate Judge