**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**RODOLFO DELGADILLO, individually and D/B/A TAQUERIA AGUILILLA,**<br><br>　　　**Defendant(s).** | Case No.: 12-CV-04594 YGR<br><br>**ORDER VACATING HEARING** |

The court has reviewed the papers submitted by the parties in connection with Plaintiff's Motion to Strike Defendant's Affirmative Defenses and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also  Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the date for the hearing, previously set for September 18, 2012 is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: September 13, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**