UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. | No. C-11-04594 YGR (DMR) |
| Plaintiff(s), | **ORDER VACATING SETTLEMENT CONFERENCE** |
| v. | |
| RODOLFO DELGADILLO | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter have advised the Court that they have agreed to a settlement. [Docket No. 37.] Therefore, you are hereby notified that the Settlement Conference set for **November 2, 2012 at 11:00 a.m.** before the Honorable Donna M. Ryu is VACATED.

Dated: November 2, 2012

_____
DONNA M. RYU
United States Magistrate Judge