United States District Court
Northern District of California

1
2
3                              **UNITED STATES DISTRICT COURT**
4                              **NORTHERN DISTRICT OF CALIFORNIA**
5
6
7

8   **J&J SPORTS PRODUCTIONS, INC.,**                **Case No.: 11-CV-04594 YGR**
9            **Plaintiff,**                           **ORDER TO SHOW CAUSE; AND SETTING HEARING**
10
11           vs.
12  **RODOLFO DELGADILLO, individually and D/B/A TAQUERIA AGUILILLA,**
13
14           **Defendant.**

15   On November 1, 2011, Plaintiff by J&J Sports Productions, Inc. filed a "Request for
16   Judicial Notice of Settlement," indicating that the matter had settled and that parties would be filing
17   a stipulation of dismissal "promptly." (Dkt. No. 37). To date, the parties have not filed a
18   stipulation of dismissal. Additionally, the Court previously set this matter for a compliance hearing
19   on Friday, December 21, 2012 regarding filing a stipulation of dismissal. The parties were required
20   to attend the compliance hearing, and in advance file either (a) a Stipulation of Dismissal; or (b) a
21   one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. (Dkt.
22   No. 39.) The parties did not file any documents or attend the compliance hearing.

23   The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for
24   failing to comply with the Court's Order. A Show Cause hearing shall be held on **Friday, March**
25   **1, 2013**, on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse located at 1301 Clay Street,
26   Oakland, California, in Courtroom 5. Five (5) business days prior to the date of the hearing, the
27   parties shall file either: (i) a Stipulation of Dismissal; or (ii) a one-page **JOINT STATEMENT** setting
28   forth an explanation regarding the failure to comply with the Court's previous Order. If

compliance is complete and the Court is satisfied with the parties' response, then the compliance hearing may be taken off calendar.  Failure to comply with this Order likely will result in sanctions.

**IT IS SO ORDERED**.

Date: February 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**