Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Rodolfo Delgadillo,<br><br>Defendant. | CASE NO. 4:11-cv-04594-YGR<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RODOLFO DELGADILLO, individually and d/b/a TAQUERIA AGUILILLA<br>AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant RODOLFO DELGADILLO, individually and d/b/a TAQUERIA AGUILILLA, that the above-entitled action is hereby dismissed **without prejudice** against RODOLFO DELGADILLO, individually and d/b/a TAQUERIA AGUILILLA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 23, 2014, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 20, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated:

LAW OFFICE OF GREGORY O. SLATOFF
By: Gregory O. Slatoff, Esquire
Attorneys for Defendant
RODOLFO DELGADILLO, individually and d/b/a
TAQUERIA AGUILA

IT IS SO ORDERED:

The Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California

Dated: February 15, 2013

STIPULATION OF DISMISSAL
Case No. 4:11-cv-04594-YGR
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 20, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RODOLFO DELGADILLO, individually and d/b/a TAQUERIA AGUILILLA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Gregory Oakles Slatoff, Esquire        (Attorneys for Defendant)
LAW OFFICE OF GREGORY O. SLATOFF
225 W. Winton Ave, Suite 205
Hayward, CA 94544

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 20, 2012, at South Pasadena, California.

Dated: December 20, 2012

_M. B_____
MARIA BAIRD

///